# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2024-1012
_____

DEVONTAE PAYNE,

　　Petitioner,

v.

MAJOR JEFF CLOUTIER, Director,
Alachua County Department of
the Jail,

　　Respondent.

_____

Petition for Writ of Habeas Corpus—Original Jurisdiction.


April 22, 2024


PER CURIAM.

　　DISMISSED.

BILBREY, NORDBY, and TANENBAUM, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Stacy A. Scott, Public Defender, and Caleb Wood, Assistant Public Defender, Gainesville, for Petitioner.

No appearance for Respondent.